**DENY and Opinion Filed February 14, 2022**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00081-CV**

**IN RE JOHN DAVID PALMER, Relator**

**Original Proceeding from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-21-1521**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Carlyle

Relator's January 31, 2022 petition for writ of mandamus challenges the trial court's refusal to issue a citation under section 87.016(c) of the Texas Local Government Code to remove a county judge from office. To be entitled to mandamus relief, relator must demonstrate that the trial court has clearly abused its discretion and that he has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of the petition and the record before us, we conclude that relator has failed to show his entitlement to the relief requested. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

220081f.p05

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE